■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW MULLINGS, Appellant. [851 NYS2d 55]—Judgment, Supreme Court, New York County (Michael Corriero, J.), rendered on or about April 22, 2005, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Saxe, Friedman, Catterson and Acosta, JJ.